Viola F. Woodruff and Harrison S. Moore, as Executors, etc., of David L. Van Nostrand, Deceased, Respondents, v. Elverton R. Chapman,

Appellant, and Joseph Cassidy, Defendant.— Final judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas and Rich, JJ., concurred; Carr, J., not voting.